

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re: INDUSTRIAL LIFE INSURANCE  
LITIGATION

MDL NO. 1371 and  
consolidated MDLs

5:04cv55

ELDORA BURKES

CIVIL ACTION 04-2262

v.

LIFE INSURANCE COMPANY OF GEORGIA

SECTION "F"

#### ORDER

All proceedings that can be conducted for Civil Action Number 04-2262 have been conducted. Accordingly, IT IS ORDERED: that Civil Action Number 04-2262 be returned to the transferor court for any further proceedings.

New Orleans, Louisiana, June 27, 2007.

_____  
MARTIN L. C. FELDMAN  
UNITED STATES DISTRICT JUDGE

CLERK'S OFFICE  
A TRUE COPY  
JUN 2 8 2007  
Deputy Clerk, U. S. District Court  
Eastern District Of Louisiana  
New Orleans, La.